# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                     CRIMINAL ACTION NO. 2:99-00189-2

RASHAAN JAMAR WATKINS,

        Defendant.

### MEMORANDUM OPINION AND JUDGMENT ORDER

    Pending before the Court is a motion, brought pursuant to 18 U.S.C. § 3582(c)(2), to reduce Defendant's sentence based on a subsequent reduction in the applicable sentencing guideline. On November 1, 2007, the United States Sentencing Guidelines were amended to reduce by two levels the guidelines in Section 2D1.1 for cocaine base (also known as crack). Subsequently, the Sentencing Commission amended Section 1B1.10 to make the crack amendment retroactive, effective March 3, 2008. Pursuant to a Standing Order entered on February 6, 2008, this case was designated for Standard consideration.

    The Court has received and considered the original Presentence Investigation Report (PSI), original Judgment and Commitment Order and Statement of Reasons, plea agreement, and addendum to the PSI from the Probation Office, and received any materials submitted by the parties on this issue. The Court has also considered the applicable factors under 18 U.S.C. § 3553(a), consistent with § 3582(c)(2), and public safety.

    At the defendant's original sentencing, the court attributed 84.67 grams of cocaine base and 2.82 grams of marijuana, for a total marijuana equivalency of 1693.4 kg of marijuana. His original

offense conduct resulted in a base offense level of 32, and a criminal history category of III. The defendant received a 2-level enhancement for use of a firearm and a 2-level enhancement for obstruction of justice. The defendant had no other enhancements or reductions. His original guideline range was 235 to 293 months. The United States has indicated that it does not object to a two-level reduction in the defendant's sentence.

Based on the foregoing considerations, the Motion is **GRANTED**. The Court **ORDERS** that Defendant's base offense level be reduced by two levels, resulting in a new total offense level of 34, and a guideline range of 188 to 235 months. It is further **ORDERED** that Defendant's previous sentence be reduced to a period of 188 months, with credit for time served to date. This Order is subject to the prohibition contained within U.S.S.G. §1B1.10(b)(2)( C).

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, the Federal Bureau of Prisons and the United States Marshals.

ENTER: May 15, 2009

_Joseph R. Goodwin_
Joseph R. Goodwin, Chief Judge